**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Leroy CHISHOLM, a.k.a. Fats,**
**Defendant–Appellant.**

**No. 14–11001**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 4, 2014.

R. Brian Tanner, James D. Durham, E. Gregory Gilluly, Jr., Tania D. Groover, Karl I. Knoche, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Mark A. Hendrix, Harvey & Hendrix, PC, Richmond Hill, GA, Leroy Chisholm, FCI Tallahassee, Tallahassee, FL, for Defendant–Appellant.

Before MARCUS, WILLIAM PRYOR and JULIE CARNES, Circuit Judges.

PER CURIAM:

Mark Hendrix, appointed counsel for Leroy Chisholm in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Chisholm's conviction and sentence are **AFFIRMED.**